UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HEMP INDUSTURY LEADERS OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-944-SDJ |
| CITY OF ALLEN, ET AL. | § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dismiss without Prejudice Pursuant to F.R.C.P. 41(a)(2). (Dkt. #38). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that the civil case between Plaintiffs and Defendant United States Drug Enforcement Administration and between Plaintiffs and Defendant Unknown DEA Agents is dismissed without prejudice.

It is further **ORDERED** that U.S. Defendants' Motion to Dismiss, (Dkt. #35), is **DENIED as moot**.

**So ORDERED and SIGNED this 22nd day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE